NEW JERSEY AUTOMOBILE INSURANCE PLAN v. STEVEN R. BURKE.

May 3, 1982.

Petition for certification denied.

ULTIMATE COMPUTER SERVICES, INC. v. BILTMORE REALTY COMPANY, INC.

May 3, 1982.

Petition for certification denied.   (See 183 *N.J. Super.* 144)

STATE OF NEW JERSEY v. MARTIN EGAN.

May 3, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT JOLLEY.

May 3, 1982.

Petition for certification denied.